CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Super 8 Worldwide, Inc., f/k/a Super 8 Motels, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation, | : |
| Plaintiff, | : Civil Action No. 11-cv-4963 (SDW)(MCA) |
| v. | : |
| J-CON, INC., a Missouri Corporation; CARL GAGE, an individual; and CONNIE GAGE, an individual, | : **FINAL JUDGMENT BY DEFAULT AS TO DEFENDANTS J-CON, INC. AND CONNIE GAGE <u>ONLY</u>** |
| Defendants. | : |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, J-Con, Inc. and Connie Gage **only** (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on August 26, 2011, seeking damages as a result of the breach of a franchise agreement and guaranty between SWI and Defendants, and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants by serving them via certified and regular mail on November 7, 2011; and it appearing that default was duly noted by the Clerk of the Court against Defendants on December 7, 2011 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __15th__ day of __February__, 2012,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $164,889.71, comprised of the following:

a) $23,257.60 for Recurring Fees (principal plus prejudgment interest); and

b) $85,000.00 for liquidated damages and Satellite Addendum liquidated damages;

c) $51,184.32 for pre-judgment interest on liquidated damages; and

d) $5,447.79 for attorneys' fees and costs.

_____
SUSAN D. WIGENTON, U.S.D.J.